## FRED SMITH v. STATE.

No. A.-8347. June 24, 1932.
Rehearing Denied Oct. 27, 1932.

(15 Pac. [2d] 1118.)

 

Ted Foose, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted. in the county court. of Blaine county of 'having the unlawful possession of whisky, 'and his punishment fixed at a fine of $50 and 30 days in the county jail.

Judgment was entered on October 30, 1931, and the appeal was lodged in this court in February, 1932. No briefs in support of the appeal have' been filed. An examination of the record discloses no jurisdictional or fundamental error.

The case is affirmed.